UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

---------------------------------------------------------------

ZUFFA, LLC d/b/a Ultimate Fighting Championship,

                          Plaintiff,

-against-

TRAVIS M. CASTIGLIONE, Individually, and as officer, director, shareholder, principal, manager and/or member of SCAEVOLA CULINARY LLC d/b/a LIONE'S PIZZA AND RESTAURANT, LLC,

and

SCAEVOLA CULINARY LLC d/b/a LIONE'S PIZZA AND RESTAURANT, LLC,

               Defendants.

---------------------------------------------------------------

**NOTICE OF DISMISSAL**

Civil Action No.
2:22-CV-05070-TJS

    Plaintiff, having compromised this action, and no party herein being an infant or incompetent, hereby moves to dismiss this matter in its entirety, and with each party to bear its own costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  March 21, 2023
        Ellenville, New York

                                      **ZUFFA, LLC d/b/a Ultimate Fighting Championship,**

                                      By:  /s/Wayne D. Lonstein
                                      WAYNE D. LONSTEIN, ESQ.
                                      PA Bar #48809
                                      Attorney for Plaintiff
                                      LONSTEIN LAW OFFICE, P.C.
                                      190 South Main Street: P.O. Box 351
                                      Ellenville, NY  12428
                                      Tel:  (845) 647-8500
                                      Fax:  (845) 647-6277
                                      Email: Legal@signallaw.com
                                      *Our File No. ZU21-08PA-02*

**CERTIFICATE OF SERVICE**

On March 21, 2023, I hereby certify that I filed the foregoing Notice of Dismissal with the Court using the CM/ECF system which will be mailed via First Class mail to the following defendants.

Travis M. Castiglione
120 Skyline Dr. #89614040
Downington, PA 19335

Scaevola Culinary LLC
116 Wallace Ave
Downington, PA 19335

/s/Wayne D. Lonstein
WAYNE D. LONSTEIN